**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
Case No. 8:22-cv-00161-WFJ-CPT

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

PEAK PERFORMERS REALTY, INC.,
doing business as RE/MAX PREMIER GROUP,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff hereby gives notice to the Court that the Parties have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. The Parties will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Avenue
    Dunedin, Florida 34698

- 2 -

(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff


By: _s/ Shawn A. Heller_
      Shawn A. Heller, Esq.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 22nd day of April, 2022, which will send a notice of electronic filing to all attorneys of record.

By: _s/ Shawn A. Heller_
      Shawn A. Heller, Esq.