**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**Case No. 8:22-cv-00161-WFJ-CPT**

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

PEAK PERFORMERS REALTY, INC.,
doing business as RE/MAX PREMIER GROUP,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Delroy A. Chambers, Jr., by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal with Prejudice, and by agreement of the parties each side will bear their own respective attorneys' fees and expenses.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Joshua A. Glickman, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Ave.

Dunedin, FL 34698
(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff

By: *s/ Shawn A. Heller*
      Shawn A. Heller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 22nd day of April, 2022, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Shawn A. Heller*
      Shawn A. Heller, Esq.